JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL MERAZ, ERIC ASHCRAFT, and SOULMEX, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINEAGE LOGISTICS HOLDINGS, LLC; CHILL BUILD LOS ANGELES I, LLC; LOS PALOS STREET OPERATING, LLC; PEARCE SERVICES, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-07375-WLH-DMK<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONSOLIDATION OF ACTIONS** |
| Yvette Martinez, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEARCE SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 2:26-cv-08097-WLH-DMK |

| | |
|---|---|
| VANESSA REYES and JULIO POMBAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE, INC., et al.,<br><br>Defendants. | Case No. 2:26-cv-08228-WLH-DMK |
| ORTEGATI, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE LOGISTICS, LLC, et al.,<br><br>Defendants. | Case No. 2:26-cv-08235-WLH-DMK |
| Ruben Hernandez, et al, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINEAGE, INC., et al.,<br><br>Defendants. | CASE No. 2:26-cv-09155-WLH-DMK |

The Court, having considered the Parties' Joint Stipulation Re Consolidation of Actions, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. The following actions pending in this District are consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2) (hereafter the "Consolidated Action"):

- *Daniel Meraz, et al. v. Lineage Logistics Holdings, LLC, et al.*, 2:26-cv-07375-WLH-DMK
- *Jane Doe 1 et al v. Pearce Services, LLC et al, et al.*, 2:26-cv-08097-JFW-DMK

- *Eric Lara v. Lineage, Inc. et al*, 2:26-cv-08228-WLH-DMK
- *Ortegati, Inc. v. Lineage Logistics, LLC, et al.*, 2:26-cv-08235-WLH-DMK
- *Hernandez v. Lineage, Inc., et al.*, 2:26-cv-09155-WLH-DMK

2. The deadlines for Defendants to respond to each of the complaints within the Consolidated Action are all extended until 60 days after the filing of a consolidated complaint under the schedule below;

3. All papers filed in the Consolidated Action must be filed under the Case assigned to the consolidated cases and bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Boyle Heights Warehouse Fire* | Master File Case No. 2:26-cv-07375-WLH-DMK |

4. The case file for the Consolidated Action will be maintained under Master File Case No. 2:26-cv-07375. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above.

5. The clerk is directed to administratively close the related cases other than the master case. All previously entered deadlines in the Plaintiff Class Cases shall be vacated as moot.

6. Any subsequently filed, removed, related, or transferred action that alleges the same or substantially similar claims arising out of the same subject matter alleged in the Consolidated Action shall be consolidated with the Consolidated Action and this Order shall apply thereto. Any party objecting to such consolidation must file a motion requesting relief from this order within 14 calendar days after the action is consolidated.

7. Whenever a related case that should be consolidated into this action is filed in, removed to, or transferred to this District, the Parties will notify the Court as soon as practicable pursuant to Local Rule 83-1.3.1.

8. Any Plaintiff's counsel who has filed an action or has been removed into the Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than 5 calendar days from the date of entry of this Order, or if that falls on a weekend or court holiday, the filing is to be the next court day. Each individual or joint application shall be limited to eight pages. Each individual or joint application shall address the factors set forth in Rule 23(g) and may attach a declaration with an attachment of their firm resume.

9. The parties agree that the case will proceed on the following schedule:

- Plaintiffs shall file a consolidated complaint no later than 45 calendar days following entry of the Court's order approving this Stipulation;
- Defendants shall each respond to the consolidated complaint within 60 calendar days of its filing; and
- If Defendants respond by way of motion(s), Plaintiffs shall file their oppositions within 60 calendar days, and Defendants each shall file their replies within 30 calendar days of Plaintiffs' opposition(s).

10. Nothing in this stipulation should be construed as a finding concerning the merits, validity, or propriety of the claims or class allegations in the Plaintiff Class

Cases, the consolidated complaint, or this Consolidated Action or as a waiver of any party's rights or defenses.

**IT IS SO ORDERED.**

Dated: August 28, 2026

Hon. Wesley L. Hsu
United States District Judge